```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donna Hedges,

                Plaintiff,

      -against-

Omusubi Corporation,

                Defendant.

1:21-cv-01836 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for general pretrial management. (ECF No. 5.) The parties (or, if the defendant has not appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Monday, April 26, 2021 at 2:00 p.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:     New York, New York
              April 12, 2021

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge