LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2021
```

June 18, 2021

**VIA ECF**

Hon. Paul A. Engelmayer, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY 10007-1316
EngelmayerNYSDChambers@nysd.uscourts.gov

Re: *Hedges v. Omusubi Corporation*, 21 CV 01836 (PAE)

Dear Judge Engelmayer,

  The undersigned is counsel to the plaintiff in the above-referenced matter. It has recently come to my attention that the incorrect entity was named as defendant in this matter. The deadline for the currently named defendant to respond to the complaint is today. I kindly request that the deadline for the currently named defendant to respond to the complaint be adjourned *sine die*. The plaintiff expects to file its amended complaint within one week.

  I thank the Court for its time and consideration.

Respectfully submitted,

*Justin Zeller*

Justin A. Zeller

**APPLICATION GRANTED**

*[signature]*
Hon. Stewart D. Aaron, U.S.M.J.